UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 09-10092-JLT |
| ) | |
| JARAMILLO-AREZIA et al. ) | |

## MOTION FOR RETURN OF PASSPORTS OF DEFENDANT FERMIN GUEVARA

Defendant Fermin Guevara hereby moves this Court for an order directing Pretrial Services to return his passports to him. In support thereof, defendant states that his United States and Peruvian passports were seized at the time of his indictment. If the passports are not returned, they will be forwarded to the State Department, causing defendant difficulties if and when he applies for a new passport, upon release.

Respectfully submitted,

*/s/ Max D. Stern*
Max D. Stern, BBO # 479560
Stern Shapiro Weissberg & Garin, LLP
90 Canal Street
Suite 500
Boston, MA 02114
(617) 742-5800

Dated: August 19, 2011.

*Allowed*
*Tauro DJ*
*8/22/11*

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 19, 2011.

   */s/ Max D. Stern*