UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 09-10092-JLT |
| ) | |
| JARAMILLO-AREZIA et al. ) | |

## DEFENDANT FERMIN GUEVARA'S MOTION FOR RETURN OF BOND

Defendant Fermin Guevara hereby moves this Court for an order directing the return of the $5,000 bond paid to secure his appearance. The full amount should be returned to Maria Guevara at 148 Myrtle Street, Apt 2, Melrose, MA 02176.

Respectfully submitted,

/s/ Max D. Stern
Max D. Stern, BBO # 479560
Stern Shapiro Weissberg & Garin, LLP
90 Canal Street
Suite 500
Boston, MA 02114
(617) 742-5800

Dated: August 19, 2011.

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 19, 2011.

/s/ Max D. Stern

Allowed
/s/ Tauro J
8/22/11